# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § § | |
| PHILLIPS, DAVID W. | § § | Case No. 12-05315 |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

> CLERK OF THE UNITED STATES BANKRUPTCY COURT
> NORTHERN DISTRICT OF IL/EASTERN DIVISION
> 219 S. DEARBORN STREET
> CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 10/19/2012 in Courtroom ,

> Will County Court Annex
> 57 N. Ottawa, Room 201
> Joliet, IL 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/05/2012           By: /s/ Bradley J. Waller
                                                                  Trustee

*BRADLEY J. WALLER*
*2045 Aberdeen Court*
*SYCAMORE, IL 60178*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
PHILLIPS, DAVID W. § Case No. 12-05315
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 10,177.63 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 10,177.63 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRADLEY J. WALLER | $ 1,767.76 | $ 0.00 | $ 1,767.76 |
| Trustee Expenses: BRADLEY J. WALLER | $ 83.65 | $ 0.00 | $ 83.65 |

Total to be paid for chapter 7 administrative expenses    $    1,851.41
Remaining Balance    $    8,326.22

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 12,809.20 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) (Page: 2)

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001A | Internal Revenue Service | $ 12,809.20 | $ 0.00 | $ 8,326.22 |

Total to be paid to priority creditors      $ 8,326.22

Remaining Balance      $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 5,241,383.73 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | American Express Bank, FSB | $ 9,952.00 | $ 0.00 | $ 0.00 |
| 000003 | American Express Bank, FSB | $ 20,166.48 | $ 0.00 | $ 0.00 |
| 000004 | PYOD, LLC its successors and assigns as assignee | $ 24,090.51 | $ 0.00 | $ 0.00 |
| 000005A | The Private Bank & Trust Company | $ 933,644.73 | $ 0.00 | $ 0.00 |
| 000006 | BMO Harris Bank, N.A., f/k/a Harris N.A. | $ 4,196,166.01 | $ 0.00 | $ 0.00 |
| 000007 | Masud Arjmand c/o Bryan Sims, Atty. | $ 57,364.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors      $ 0.00

Remaining Balance      $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Bradley J. Waller
                              Trustee

*BRADLEY J. WALLER*
*2045 Aberdeen Court*
*SYCAMORE, IL 60178*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 12-05315-BWB
David W. Phillips                                                   Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: csimmons              Page 1 of 3              Date Rcvd: Mar 13, 2012
                              Form ID: ntcftfc7           Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 15, 2012.
```
db           +David W. Phillips,    712 Colorado Court,    Naperville, IL 60565-5360
18483280      BMO Harris Bank,    Bankruptcy Dept.,    POB 94033,    Palatine, IL 60094-4033
18483281     +Bmo Harris Bank,    Po Box 94034,    Bankruptcy Dept.,    Palatine, IL 60094-4034
18483284      Chase,   Bankruptcy Dept.,    POB 24696,    Columbus, OH 43224-0696
18483285     +Chase Home Equity Loan Servicing,    Bankruptcy Dept,    POB 24714,    Columbus, OH 43224-0714
18483288     +First Midwest Bank,    Bankruptcy Dept.,    24509 West Lockport Street,    Plainfield, IL 60544-2318
18483289     +GC Services Limited Partnership,    Bankruptcy Dept.,    6330 Gulfton,    Houston, TX 77081-1108
18483290     +Global Credit & Collection,    Bankruptcy Dept.,    300 International Dr. #100 Box 201,
               Williamsville, NY 14221-5781
18483291     +Harris Bank,    Bankruptcy Dept.,    P.O. Box 94034,    Palatine, IL 60094-4034
18483292      Harris Bank,    Bankruptcy Dept.,    POB 6201,    Carol Stream, IL 60197-6201
18483294     +Harris Bank,    Bankruptcy Dept.,    3800 Golf Road,    Rolling Meadows, IL 60008-4005
18483295     +Harris Bank,    Bankruptcy Dept.,    POB 5043,    Rolling Meadows, IL 60008-5043
18483296      Harris Bank,    Bankruptcy Dept.,    P.O. Box 94033,    Palatine, IL 60094-4033
18483293     +Harris Bank,    Bankruptcy Dept.,    503 North Washington St.,    Naperville, IL 60563-3188
18483301     +James F. Gay,    11001 Jann Court,    La Grange, IL 60525-7307
18483302     +James H. Gay,    11001 Jann Court,    La Grange, IL 60525-7307
18483303     +Jeffrey J. Jones,    9S151 Skylane Road,    Naperville, IL 60564-9450
18483304     +Jeffrey Jones,    9S151 Skylane Road,    Naperville, IL 60564-9450
18483305     +John O’Connell,    POB 460,    Western Springs, IL 60558-0460
18483307     +Kate Marchi,    The Private Bank,    120 South LaSalle Street,    Chicago, IL 60603-3412
18483308     +Loren F. Schiro,    9S010 Modaff Road,    Naperville, IL 60565-1248
18483309     +Masud Arjmand c/o Bryan Sims, Atty.,    1755 Park Street #200,    Naperville, IL 60563-8404
18483298    ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
             (address filed with court: Infiniti Financial Services,    Bankruptcy Dept.,
               8900 Freeport Parkway,    Irving, TX 75063-2438)
18483310      Nationwide Credit,    Bankruptcy Dept.,    2002 Summit Blvd. #600,    Atlanta, GA 30319-1559
18483312     +Old Second National Bank,    37 South River Street,    Bankruptcy Dept.,    Aurora, IL 60506-4173
18483313     +Oxiteno USA LLC,    Bankruptcy Dept.,    1730 Park Street #202,    Naperville, IL 60563-2689
18483314     +Peter Jagel,    Bankruptcy Dept.,    209 East Jefferson Avenue,    Naperville, IL 60540-4930
18483315     +Private Bank,    Bankruptcy Dept.,    100 Jorie Blvd.,    Oak Brook, IL 60523-2224
18483316      Quest Diagnostics,    1355 Mittel Boulevard,    Wood Dale, IL 60191-1024
18483317     +Rebecca Manette Phillips,    712 Colorado Court,    Naperville, IL 60565-5360
18483319     +Ronald G. Javorek,    940 East Diehl Road,    Naperville, IL 60563-4809
18483320     +Thomas J. Smith,    383 Barnswallow Lane,    Vernon Hills, IL 60061-3178
18483323      Vital Recovery Services, Inc,    Bankruptcy Dept.,    POB 923748,    Norcross, GA 30010-3748
18483324     +William J. Hurley III,    Crowley & Lamb, P.C.,    350 North LaSalle Suite 900,
               Chicago, IL 60654-5136
18483325     +Zimmerman Law Offices,    Bankruptcy Dept.,    77 West Washington #1220,    Chicago, IL 60602-3247
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18483278       EDI: AMEREXPR.COM Mar 14 2012 02:33:00     American Express,    Bankruptcy Dept.,    POB 981535,
                El Paso, TX 79998-1535
18483282       EDI: CHASE.COM Mar 14 2012 02:33:00     Chase,    P.O. Box 15298,    Bankruptcy Dept.,
                Wilmington, DE 19850-5298
18483286       EDI: CITICORP.COM Mar 14 2012 02:33:00     Citi,    P.O. Box 6500,    Bankruptcy Dept.,
                Sioux Falls, SD 57117-6500
18483287      +EDI: CCS.COM Mar 14 2012 02:33:00     Credit Collections Services,    Bankruptcy Dept.,
                2 Wells Avenue,    Newton Center, MA 02459-3208
18483297      +E-mail/Text: SRayford@HinshawLaw.com Mar 14 2012 05:10:31     Hinshaw & Culbertson LLP,
                Bankruptcy Dept.,    222 North LaSalle #300,    Chicago, IL 60601-1013
18483299       EDI: IRS.COM Mar 14 2012 02:33:00     Internal Revenue Service,    Bankruptcy Dept.,    POB 145566,
                Cincinnati, OH 45250-5566
18483300       EDI: IRS.COM Mar 14 2012 02:33:00     Internal Revenue Service*,    Bankruptcy Dept.,    POB 7346,
                Philadelphia, PA 19101-7346
18483311      +E-mail/Text: bankruptcydepartment@ncogroup.com Mar 14 2012 05:13:58     Nco Fin/22,
                507 Prudential Rd,    Bankruptcy Dept.,    Horsham, PA 19044-2308
18483322       EDI: URSI.COM Mar 14 2012 02:33:00     United Recovery Systems,    Bankruptcy Dept.,
                P.O. Box 722929,    Houston, TX 77272-2929
                                                                                              TOTAL: 9
```
```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18483279*       American Express,    Bankruptcy Dept.,    POB 981535,    El Paso, TX 79998-1535
18483283*       Chase,   P.O. Box 15298,    Bankruptcy Dept.,    Wilmington, DE 19850-5298
18483306*      +John O’Connell,    POB 460,    Western Springs, IL 60558-0460
18483318*      +Rebecca Manette Phillips,    712 Colorado Court,    Naperville, IL 60565-5360
18483321*      +Thomas J. Smith,    383 Barnswallow Lane,    Vernon Hills, IL 60061-3178
                                                                                 TOTALS: 0, * 5, ## 0
```
Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1              User: csimmons              Page 2 of 3              Date Rcvd: Mar 13, 2012
                                  Form ID: ntcftfc7           Total Noticed: 44
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 15, 2012**                       **Signature:**    *Joseph Speetjens*

```
District/off: 0752-1          User: csimmons              Page 3 of 3           Date Rcvd: Mar 13, 2012
                              Form ID: ntcftfc7           Total Noticed: 44
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2012 at the address(es) listed below:
      Bradley J Waller   bjwtrustee@ksbwl.com, bwaller@ecf.epiqsystems.com
      Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
      Thomas F. Fezzey   on behalf of Debtor David Phillips fezzey@gmail.com
      TOTAL: 3