UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                                §
                                      §
PHILLIPS, DAVID W.                    §      Case No. 12-05315
                                      §
                                      §
        Debtor(s)                     §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

  BRADLEY J. WALLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

  3) Total gross receipts of $_____ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $_____ (see **Exhibit 2**), yielded net receipts of $_____ from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on            . The case was pending for   months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/BRADLEY J. WALLER_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRADLEY J. WALLER | | | | | |
| BRADLEY J. WALLER | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service* Bankruptcy Dept. POB 7346 Philadelphia, PA 19101-7346 | | | | | |
| 000001A | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express Bankruptcy Dept. POB 981535 El Paso, TX 79998-1535 | | | | | |
| | American Express Bankruptcy Dept. POB 981535 El Paso, TX 79998-1535 | | | | | |
| | BMO Harris Bank Bankruptcy Dept. POB 94033 Palatine, IL 60094-4033 | | | | | |
| | Chase P.O. Box 15298 Bankruptcy Dept. Wilmington, DE 19850-5298 | | | | | |
| | Chase P.O. Box 15298 Bankruptcy Dept. Wilmington, DE 19850-5298 | | | | | |
| | Citi P.O. Box 6500 Bankruptcy Dept. Sioux Falls, SD 57117-6500 | | | | | |
| | Infiniti Financial Services Bankruptcy Dept. 8900 Freeport Parkway Irving, TX 75063-2438 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Masud Arjmand c/o Bryan Sims, Atty. 1755 Park Street #200 Naperville, IL 60540 | | | | | |
| | Oxiteno USA LLC Bankruptcy Dept. 1730 Park Street #202 Naperville, IL 60563 | | | | | |
| | Quest Diagnostics 1355 Mittel Boulevard Wood Dale, IL 60191-1024 | | | | | |
| | Zimmerman Law Offices Bankruptcy Dept. 77 West Washington #1220 Chicago, IL 60602 | | | | | |
| 000002 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000003 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000006 | BMO HARRIS BANK, N.A., F/K/A HARRIS | | | | | |
| 000007 | MASUD ARJMAND C/O BRYAN SIMS, ATTY. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| 000005A | THE PRIVATE BANK & TRUST COMPANY | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit 8

| Case No: | 12-05315 | BB | Judge: BRUCE W. BLACK | Trustee Name: | BRADLEY J. WALLER |
| Case Name: | PHILLIPS, DAVID W. | | | Date Filed (f) or Converted (c): | 02/14/12 (f) |
| | | | | 341(a) Meeting Date: | 03/08/12 |
| For Period Ending: | 11/09/12 | | | Claims Bar Date: | 06/11/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Financial Accounts | 152.13 | 0.00 | | 0.00 | FA |
| 2. Financial Accounts | 25.50 | 0.00 | | 0.00 | FA |
| 3. Financial Accounts | 0.00 | 0.00 | | 0.00 | FA |
| 4. Financial Accounts | 12,000.00 | 10,177.63 | | 10,177.63 | FA |
| 5. Financial Accounts | 0.00 | 0.00 | | 0.00 | FA |
| 6. Household Goods | 2,000.00 | 0.00 | | 0.00 | FA |
| 7. Insurance Policies | 0.00 | 0.00 | | 0.00 | FA |
| 8. Pension / Profit Sharing | 0.00 | 0.00 | | 0.00 | FA |
| 9. Stock | 0.00 | 0.00 | | 0.00 | FA |
| 10. Vehicles | 3,000.00 | 600.00 | | 0.00 | FA |
| 11. Office Equipment | 1,500.00 | 0.00 | | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $18,677.63 | $10,777.63 | | $10,177.63 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

LFORM1
**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

Ver: 17.00b

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 12-05315   BB   Judge: BRUCE W. BLACK | Trustee Name: BRADLEY J. WALLER |
| Case Name: | PHILLIPS, DAVID W. | Date Filed (f) or Converted (c): 02/14/12 (f) |
| | | 341(a) Meeting Date: 03/08/12 |
| | | Claims Bar Date: 06/11/12 |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 09/30/12      Current Projected Date of Final Report (TFR): 09/30/12

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 12-05315 -BB | | Trustee Name: | BRADLEY J. WALLER |
| Case Name: | PHILLIPS, DAVID W. | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******6252 Checking Account |
| Taxpayer ID No: | *******3643 | | | |
| For Period Ending: | 11/09/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/09/12 | | Westcor Realty Group LLC<br>712 Colorado Court<br>Naperville, IL 60565 | | 1129-000 | 10,177.63 | | 10,177.63 |
| 10/19/12 | 000101 | BRADLEY J. WALLER<br>KLEIN STODDARD BUCK WALLER<br>2045 ABERDEEN COURT<br>SYCAMORE, IL 60178 | Chapter 7 Compensation/Fees | 2100-000 | | 1,767.76 | 8,409.87 |
| 10/19/12 | 000102 | BRADLEY J. WALLER<br>KLEIN STODDARD BUCK WALLER<br>2045 ABERDEEN COURT<br>SYCAMORE, IL 60178 | Chapter 7 Expenses | 2200-000 | | 83.65 | 8,326.22 |
| 10/19/12 | 000103 | Internal Revenue Service<br>Bankruptcy Dept.<br>P.O. Box 7346<br>Philadelphia, PA 19101 | Claim 000001A, Payment 65.00187% | 5800-000 | | 8,326.22 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 10,177.63 | 10,177.63 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 10,177.63 | 10,177.63 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 10,177.63 | 10,177.63 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - *******6252 | 10,177.63 | 10,177.63 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 10,177.63 | 10,177.63 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    10,177.63    10,177.63

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-05315 -BB | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|
| Case Name: | PHILLIPS, DAVID W. | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******6252  Checking Account |
| Taxpayer ID No: | *******3643 | | |
| For Period Ending: | 11/09/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking Account - ********6252

| | | | Page Subtotals | | 0.00 | 0.00 | |

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*